IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIXEYE INC,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD S RUSS III,<br><br>    Defendant.    / | No. C 11-05420 CRB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this Complaint on November 8, 2011, dkt. 1, and filed a Motion for Preliminary Injunction on November 15, 2011. Dkt. 12. Defendant's response to the Preliminary Injunction was due November 29, 2011, and Answer was due December 19, 2011. The Summons was not returned executed until December 7, 2011. Dkt. 16. Defendant has not filed any response in the case. Defendant is hereby ORDERED TO SHOW CAUSE why the Preliminary Injunction should not be granted by **Friday, February 3, 2012.** Plaintiff may file a response by **Friday, February 10, 2012**, and a hearing will be held at **10:00 am** on **Friday, February 17, 2012** in Courtroom 6.

**IT IS SO ORDERED.**

Dated: January 3, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5420\Order to Show Cause.wpd